

# Fourth Court of Appeals
## San Antonio, Texas

December 22, 2021

No. 04-21-00488-CR

**IN RE** Joshua **PACHECANO**, Relator

Original Proceeding[1]

### ORDER

On November 5, 2021, relator filed a petition for writ of mandamus. The court has considered relator's petition and has determined that it is now moot. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on December 22, 2021.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of December, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2018CR11362, styled *State of Texas v. Joshua Charles Pachecano*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Kevin M. O'Connell presiding.